JS-6

James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Harold W. Potter, Esq., SBN 120107
hwp@jones-mayer.com
Melissa M. Ballard, Esq., SBN 185739
mmb@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JESSICA GARTEN, Individually, and as Guardian ad Litem for minor children, D.S. and L.S., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COSTA MESA, and DOES 1-10, <br><br> Defendants. | Case No. SACV 20-1382-GW-ADSx <br><br> *Honorable George H. Wu* <br> *Courtroom 9D* <br><br> **JUDGMENT** |

The Court has examined in detail: (1) Defendant CITY OF COSTA MESA's ("Defendant") initial Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment/Partial Summary Judgment ("SUF"), Docket No. 41; (2) Plaintiffs' JESSICA GARTEN, Individually, and as Guardian ad Litem for minor children, D.S. and L.S. ("Plaintiffs") Separate Statement of Undisputed Material Facts in Opposition to Defendant's Motion for Summary Judgment ("PSUF"), Docket No. 48; and (3) Defendant's Response to Plaintiffs' Separate Statement of Undisputed Material Facts ("PSUF Response"), Docket No. 53. The Court also reviewed the nine audio files attached as exhibits to Defendant's Motion for Summary Judgment. See Docket No. 40, Exs. 1-9. Some of the

underlying "uncontroverted" facts cited in the Court's Ruling [Dkt. No. 65] have been disputed by Plaintiffs. See PSUF; Plaintiffs' Supplemental Statements of Undisputed Material Facts ("AF"), Docket No. 49. Defendant also responded to Plaintiffs' additional undisputed facts. See City of Costa Mesa's Response to Plaintiffs' Supplemental Statement of Undisputed Material Facts ("AF Response"), Docket No. 54.

The Court has examined such disputes and based its Ruling [Dkt. No. 65] only on facts that are supported by the cited evidence, and edited in the Court's Ruling [Dkt. No. 65] the proffered facts if necessary to accurately reflect the uncontroverted. Any proffered facts not included in the Court's Ruling [Dkt. No. 65] were found to be: (1) unsupported by admissible evidence; (2) irrelevant to the Court's present analysis; or (3) some combination thereof.

The Court having GRANTED Defendant's Motion for Summary Judgment in Defendant's favor on Plaintiffs' Claims 1 and 2:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of CITY OF COSTA MESA and against Plaintiffs JESSICA GARTEN, INDIVIDUALLY, AND AS GUARDIAN AD LITEM FOR MINOR CHILDREN, D.S. AND L.S. on Claim 1 for Unlawful Search and Seizure of Personal Property and Private Residence Under Fourth Amendment (42 U.S.C. §1983), and Claim 2 for Unlawful/Unreasonable Seizure of Person Under Fourth Amendment (42 U.S.C. §1983).

The Court declined to exercise supplemental jurisdiction on the state law claims, specifically, Claims 3 through 7, pursuant to 28 U.S.C. § 1367(c). Claims 3 through 7 are thus DISMISSED without prejudice.

Dated: November 8, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE



[PROPOSED] JUDGMENT